1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PULTE HOME COMPANY, LLC, | Case No.  1:23-cv-01558-JLT-EPG |
| Plaintiff, | ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i) |
| v. | |
| CLEAR BLUE SPECIALTY INSURANCE COMPANY, | (ECF No. 13). |
| Defendants. | |

On May 10, 2024, Plaintiff Pulte Home Company, LLC, filed a notice of voluntary dismissal with prejudice as to Defendant Clear Blue Specialty Insurance Company, with each party to bear their own attorneys' fees and costs. (ECF No. 13). In light of this filing, Plaintiff's claims against Defendant are terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and have been dismissed with prejudice, with each party to bear their own attorneys' fees and costs. Accordingly, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 13, 2024**               /s/ *Erica P. Grosjean*
                                     UNITED STATES MAGISTRATE JUDGE

1